O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR08-1152-CAS |
| Plaintiff, ) | JUDGMENT ON VIOLATION OF |
| v. ) | SUPERVISED RELEASE |
| BRIAN TIMOTHY SCHATZLEIN, ) | |
| Defendant. ) | |

On January 14, 2011, this matter came before the Court on petitions to show cause why supervised release should not be revoked filed June 17, 2010, December 7, 2010, and January 14, 2011. The Government, David Herzog, the defendant and his retained attorney, Roger Rosen, were present. The U.S. Probation Officer, Amy Young, was also present. The defendant admitted violating his supervised release as stated in allegation nos. 1, 3, 4, 5, 6, 8, 9, and 10 of the petitions filed June 17, 2010, December 7, 2010, and January 14, 2011. The Government moves to dismiss allegation nos. 2 and 7, and the Court hereby grants the government's request. The Court finds that the defendant is in violation of the terms and conditions of his supervised release as set forth in the original Judgment and Commitment Orders dated September 25, 1998. Defendant's Supervised Release is hereby revoked.

Defendant is hereby committed to the custody of the Bureau of Prisons for a term of sixty (60) months. Upon release from imprisonment, defendant shall be placed on Supervised Release for a period of thirty-six (36) months, under the same terms and

1   conditions previously imposed, with the added condition that defendant reside at and observe
2   the rules and regulations of a Residential Reentry Center (RRC) program under the
3   community corrections component as approved by the Probation Office, for a period up to
4   six (6) or until successfully discharged by the program director and Probation Officer
5   pursuant to 18 USC 3563(b)(11). Further, due to lack of resources, subsistence is waived.

6   It is further ordered that the defendant surrender himself to the institution designated
7   by the Bureau of Prisons on or before 12 noon, on January 28, 2011. In the absence of such
8   designation, the defendant shall report on or before the same date and time, to the United
9   States Marshal located at the Roybal Federal Building, 255 East Temple Street, Los Angeles,
10  California 90012.

11  The Court hereby recommends defendant be placed at Impact House. Defendant shall
12  observe the rules of that facility, and as directed by the Probation Officer.

13  The Court further recommends defendant attend Alcohol Anonymous Meetings, as
14  directed by the Probation Officer.

15  IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States
16  Marshal or other qualified officer and that said copy shall serve as the commitment of
17  defendant.

19  FILE/DATED: January 14, 2011
    _____
20  CHRISTINA A. SNYDER
    UNITED STATES DISTRICT JUDGE

22  TERRI NAFISI, CLERK

24  By: ___/S/_____
    Catherine M. Jeang, Deputy Clerk