O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR08-1152-CAS |
|---|---|---|
| Plaintiff, | ) | **AMENDED** JUDGMENT ON VIOLATION OF SUPERVISED RELEASE |
| v. | ) | |
| BRIAN TIMOTHY SCHATZLEIN, | ) | |
| Defendant. | ) | |

On January 14, 2011, this matter came before the Court on petitions to show cause why supervised release should not be revoked filed June 17, 2010, December 7, 2010, and January 14, 2011. The Government, David Herzog, the defendant and his retained attorney, Roger Rosen, were present. The U.S. Probation Officer, Amy Young, was also present. The defendant admitted violating his supervised release as stated in allegation nos. 1, 3, 4, 5, 6, 8, 9, and 10 of the petitions filed June 17, 2010, December 7, 2010, and January 14, 2011. The Government moves to dismiss allegation nos. 2 and 7, and the Court hereby grants the government's request. The Court finds that the defendant is in violation of the terms and conditions of his supervised release as set forth in the original Judgment and Commitment Orders dated September 25, 1998. Defendant's Supervised Release is hereby revoked.

Defendant is hereby committed to the custody of the Bureau of Prisons for a term of sixty (60) days. Upon release from imprisonment, defendant shall be placed on Supervised Release for a period of thirty-six (36) months, under the same terms and

1  conditions previously imposed, with the added condition that defendant reside at and
2  participate in a Residential Drug and Alcohol Treatment and Counseling Program, as
3  approved by the Probation Office, for a period not to exceed 180 days, for treatment of
4  narcotic addiction or drug/alcohol dependency, until successfully discharged by the Program
5  Director and the Probation Officer. Further, due to lack of resources, subsistence is waived.
6  The fine payments are hereby waived while defendant is in custody of the Bureau of Prisons
7  and while residing in the Residential Drug/Alcohol Treatment Facility.

8  It is further ordered that the defendant surrender himself to the institution designated
9  by the Bureau of Prisons on or before 12 noon, on January 28, 2011. In the absence of such
10 designation, the defendant shall report on or before the same date and time, to the United
11 States Marshal located at the Roybal Federal Building, 255 East Temple Street, Los Angeles,
12 California 90012.

13 The Court hereby recommends defendant be placed at Impact House. Defendant shall
14 observe the rules of that facility, and as directed by the Probation Officer.

15 The Court further recommends defendant attend Alcohol Anonymous Meetings, as
16 directed by the Probation Officer.

17 IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States
18 Marshal or other qualified officer and that said copy shall serve as the commitment of
19 defendant.

21 FILE/DATED: January 18, 2011   _____
                                   CHRISTINA A. SNYDER
                                   UNITED STATES DISTRICT JUDGE

                                   TERRI NAFISI, CLERK

                                   By: ___/S/_____
                                   Catherine M. Jeang, Deputy Clerk

2